NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICHARD PINON,                          )
                                        )
        Appellant,              )
                                        )
v.                                      )          Case No. 2D18-1677
                                        )
STATE OF FLORIDA,                       )
                                        )
        Appellee.               )
_____ )

Opinion filed November 30, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pasco County; Mary M. Handsel,
Judge.

Richard Pinon, pro se.


PER CURIAM.


      Affirmed.  See Johnson v. State, 60 So. 3d 1045 (Fla. 2011); Melvin v.

State, 645 So. 2d 448 (Fla. 1994); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009);

Coughlin v. State, 932 So. 2d 1224 (Fla. 2d DCA 2006) (en banc); Steward v. State,

931 So. 2d 133 (Fla. 2d DCA 2006); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA

2004); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002); Haynes v. State, 106 So.

3d 481 (Fla. 5th DCA 2013); Paul v. State, 830 So. 2d 953 (Fla. 5th DCA 2002).


KHOUZAM, MORRIS, and LUCAS, JJ., Concur.